Adams & Co. *vs.* Nelson.

## No. 6972.

### L. B. CLARKSON vs. MRS. SPARROW AND HUSBAND.

Where one sues on a planting partnership with a married woman, alleged to have been made by her husband as her agent, he must not only prove the contract of partnership, but also the husband's authority to make it.

APPEAL from the District Court for East Carroll.　HOUGH J.

*Labatt & Clinton* for Plaintiff Appellant.　*J. W. Montgomery* for Defendant.

MARR, J.　If it be conceded that Gen. Sparrow, notwithstanding all the probabilities to the contrary, made such a contract for his wife as is alleged, it is not shown that he had authority to do so. He had the general management of his wife's business with her consent and approbation, but his power was merely administrative and personal, and was wholly insufficient for the serious contract of partnership.

*Judgment affirmed.*